O

FILED
CLERK, U.S. DISTRICT COURT

JANUARY 26, 2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ ch _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

PAUL S. BARNES,

Defendant.

Case No.  CR 2:24-mj-402

Case No.  CR 2:24-mj-403

ORDER OF DETENTION

[Fed. R. Crim. P. 32.1(a)(6);
18 U.S.C. § 3143(a)(1)]

On January 25, 2024, Defendant Paul S. Barnes made his initial appearance on two pending petitions alleging violations of supervised release conditions. Mr. Barnes submitting on the government's request for detention.

Following an arrest for alleged violation of the terms of supervised release, a defendant bears the burden of establishing, by clear and convincing evidence, that he would not pose a risk of flight or a danger to any other person or the community if released. Fed. R. Crim. P. 32.1(a)(6). The Court finds that Mr. Barnes has not carried that burden. Mr. Barnes declined to interview with Pretrial Services, which means that the Court has no information about his residence, employment,

community ties, or available bail resources. The allegations suggest Mr. Barnes may well not comply with any conditions set by the Court. Based on the information available to the Court at this time, it does not appear that there are additional conditions that could be added that would protect the safety of the community or ensure Mr. Barnes's appearance as required.

IT IS THEREFORE ORDERED that Mr. Prado is remanded to the custody of the U.S. Marshal pending his transfer out of district.

Dated: January 26, 2024

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE